IMOGENE KNICKERBOCKER, as Administratrix, etc., of VERNE H. KNICKERBOCKER, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

GERALDINE N. BUTLER, as Substituted Trustee of the Estate of AMES W. HOWLETT, etc., Appellant, v. MARCUS GOODBODY and Others, Individually, and Doing Business under the Firm Name and Style of GOODBODY & COMPANY, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of THE BAR ASSOCIATION OF ERIE COUNTY for the Removal of FRED S. WITHEY, an Attorney and Counselor at Law, Respondent.— Report of the referee as to the first and third charges confirmed; and as to the second charge reversed and charge sustained. Order entered suspending respondent from practice for a period of two years and thereafter until the further order of this court. All concur. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

### (September 29, 1937.)

ETHEL D. BUCHANAN, Individually and as Administratrix, etc., of HAROLD H. BUCHANAN, Deceased, Respondent, v. HORACE E. BUCHANAN, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to compel plaintiff to amend her complaint in an action upon two insurance policies.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.